IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-CV-162-DSC

| | |
|---|---|
| DANITA PHARR a.k.a. DANITA JOHNSON, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| DESIGNLINE USA, LLC, | ) ) ) |
| Defendant. | ) ) ) ) ) |

**ORDER**

**THIS MATTER** is before the Court on "Plaintiff's Motion to Eliminate ADR Procedure: Mediation" (document #27). In its "Response ..." (document #28), Defendant states that it takes no position on Plaintiff's Motion. It appearing to the Court that good cause has been shown, Plaintiff's Motion is **GRANTED** and the parties are relieved of their obligation to conduct a mediated settlement conference in this matter.

**SO ORDERED.**

Signed: January 11, 2012

David S. Cayer
United States Magistrate Judge

**SO ORDERED.**

Signed: January 11, 2012

David S. Cayer
United States Magistrate Judge