## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:11-CV-162-DSC

| | | |
|---|---|---|
| **DANITA PHARR a.k.a. DANITA JOHNSON,** | ) ) ) | **ORDER** |
| **Plaintiff,** | ) ) | |
| **vs.** | ) ) | |
| **DESIGNLINE USA, LLC,** | ) ) | |
| **Defendant.** | ) ) ) | |
| | ) | |

      **THIS MATTER** is before the Court on "Plaintiff's Motion to Eliminate ADR Procedure: Mediation" (document #27). In its "Response ..." (document #28), Defendant states that it takes no position on Plaintiff's Motion. It appearing to the Court that good cause has been shown, Plaintiff's Motion is **GRANTED** and the parties are relieved of their obligation to conduct a mediated settlement conference in this matter.

      **SO ORDERED.**         Signed: January 11, 2012

David S. Cayer
United States Magistrate Judge

**SO ORDERED.**

Signed: January 11, 2012

David S. Cayer
United States Magistrate Judge