# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Danita Pharr
aka Danita Johnson ,

    Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                    3:11cv162

Designline USA, LLC,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 22, 2012 Order.

Signed: March 22, 2012

Frank G. Johns, Clerk
United States District Court